Judge: Honorable Barbara J. Rothstein
Trial Date: November 4, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VIRGILIJUS CINCYS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign insurance company, licensed to do, and doing business in the State of Washington,<br><br>　　　　　　　Defendant. | No. 2:23-cv-1914-BJR<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED this 20th day of June, 2024.

*[signature]*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

No. 2:23-cv-1914-BJR
ORDER OF DISMISSAL  - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109
(206) 622-0494/FAX (206) 587-2476

| | |
|---|---|
| Approved by: | Presented by: |
| **DRIGGS BILLS & DAY PLLC** | **WATHEN LEID HALL & RIDER P.C.** |
| *s/ Stefanie Collins (via email approval)* | *s/Rory W. Leid, III*_____ |
| Stefanie Collins, WSBA #23080 | Rory W. Leid, II WSBA #25075 |
| *Counsel for Plaintiff* | |
| 2125 Western Ave, Suite 500 | *s/ Dylan R. Knapp*_____ |
| Seattle, WA 98121 | Dylan R. Knapp, WSBA #58394 |
| Tel : (206) 607-9098 | *Counsel for Defendant* |
| scollins@advocates.com | 222 Etruria Street, |
| | Seattle, WA 98109 |
| | Tel: (206) 622-0494 |
| | rleid@wlhr.legal | dknapp@wlhr.legal |

No. 2:23-cv-1914-BJR
ORDER OF DISMISSAL  - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109
(206) 622-0494/FAX (206) 587-2476